ALSD Local 91 (Rev. 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>THOMAS DANIEL WILLIAMS<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No. MJ-15-70<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  02/14/2012 - 09/03/2014  in the county of  Baldwin  in the  Southern  District of  Alabama , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(a)(2)(A) | International money laundering |
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances |
| 21 U.S.C. § 952(b) | Importation of controlled substances |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ketrick Kelley, FBI Special Agent
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date:  06/29/2015

_____
*Judge's signature*

City and state:  Mobile, Alabama   Katherine P. Nelson, U.S. Magistrate Judge
*Printed name and title*