# UNITED STATES DISTRICT COURT
for the

FILED IN OPEN COURT
JUL 02 2015
CHARLES R. DIARD, JR.
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | MJ: |
| THOMAS DANIEL WILLIAMS | ) | Case No. 15-70 |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 7/2/15

_____
Defendant's signature

_____
Signature of defendant's attorney

DOMINGO SOTO       ASB-0690-T65D
Printed name and bar number of defendant's attorney

465 DAUPHIN ST.   36602
Address of defendant's attorney

DOMINGO.SOTO@GMAIL.COM
E-mail address of defendant's attorney

251-432-0380
Telephone number of defendant's attorney

251-433-5264
FAX number of defendant's attorney